UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-19-30008-M |
| § | |
| JOSE RAYMUNDO FLORES-SANCHEZ § | |

## CRIMINAL INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about May 15, 2019, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOSE RAYMUNDO FLORES-SANCHEZ**

did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with R.T.O., an Department of Homeland Security agent, while he was engaged in his official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

RYAN K. PATRICK
UNITED STATES ATTORNEY

*DiPiazza*
Sarina S. DiPiazza
Assistant United States Attorney